IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRIS ALLEN BROWNFIELD,

                              Petitioner,

           v.                                    CASE NO. 05-3175-SAC

RAY ROBERTS, et al.,

                              Respondents.


                              **O R D E R**

     By an order dated April 22, 2005, the court dismissed petitioner's application for a writ of habeas corpus as time barred. Before the court is petitioner's motion for an extension of time under Rule 4(b) of the Federal Rules of Appellate Procedure to file a notice of appeal and certificate of appealability (Doc. 4).

     Petitioner's motion, mailed on May 1, 2005,[1] and docketed on May 4, 2005, is liberally construed as a timely filed notice of appeal.  *See* Fed.R.App.P. 4(a)(1)(A)(notice of appeal to be filed within 30 days).  Petitioner's motion for additional time to file a motion for certificate of appealability under 28 U.S.C. 2253(c) is granted.

---

     [1]*See* <u>Houston v. Lack</u>, 487 U.S. 266, 270 (1988)(pro se prisoner's notice of appeal deemed filed when delivered to prison authorities for forwarding to district court); Fed.R.App.P. 4(c)(inmate's notice of appeal is timely filed if deposited in institution's internal mail system on or before the last date of filing).

Petitioner paid the $5.00 district court filing fee in this matter, but has not submitted payment of the $255.00 filing fee for his appeal.  Petitioner is granted additional time to pay this appellate filing fee, or to submit an executed form motion for seeking leave to proceed in forma pauperis on appeal.

IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file a notice of appeal (Doc. 4) is liberally construed as a timely notice of appeal, and that petitioner's request for additional time under Fed.R.App.P. 4(b) to file a notice of appeal is denied as moot.

IT IS FURTHER ORDERED that petitioner is granted 30 days to file a motion for a certificate of appealability.

IT IS FURTHER ORDERED that petitioner is granted 30 days to pay the $255.00 appellate filing fee, or to submit an executed form motion for seeking leave to proceed in forma pauperis on appeal.

The clerk's office is to provide petitioner with a form motion under 28 U.S.C. 1915.

**IT IS SO ORDERED.**

DATED:  This 20th day of May 2005 at Topeka, Kansas.


    s/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge

2